UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
NAMEL NORRIS,                                           :
                                                        :
                            Plaintiff,                  :
                                                        :              21-cv-7823 (VSB)
                    -against-                           :
                                                        :                **ORDER**
ROTANA SMOKE SHOP CORP., et al.,                        :
                                                        :
                            Defendants.                 :
                                                        :
                                                        :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        Plaintiff filed this action on September 18, 2021 against Defendants Rotana Smoke Shop

Corp., French Dinner LLC., and 188 Orchard Street Corp.  (Doc. 1.)  Defendant 188 Orchard

Street Corp. executed a waiver of service on October 18, 2021, (Doc. 12), and answered on

December 17, 2021, adding a cross-claim against Defendant Rotana Smoke Shop Corp., (Doc.

16).  On December 17, 2021, Plaintiff filed affidavits of service for Defendants Rotana Smoke

Shop Corp. and French Dinner LLC.  (Docs. 17 & 18.)  The deadline for Defendants Rotana

Smoke Shop Corp. and French Dinner LLC to respond to Plaintiff's complaint was November

12, 2021.  (*See* Docs. 17 & 18.)  To date, Defendants Rotana Smoke Shop Corp. and French

Dinner LLC have not appeared or responded to the complaint.  Plaintiff, however, has taken no

action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment it is

directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil

Cases by no later than January 7, 2022.  If Plaintiff fails to do so or otherwise demonstrate that it

intends to prosecute this litigation, I may dismiss Plaintiff's claims against Defendants Rotana

Smoke Shop Corp. and French Dinner LLC for failure to prosecute pursuant to Federal Rule of

Civil Procedure 41(b).

SO ORDERED.

Dated:     December 20, 2021
               New York, New York

VERNON S. BRODERICK
United States District Judge